## STATE OF CONNECTICUT *v.* CALVIN N.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 122 Conn. App. 216 (AC 29020), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Rita M. Shair*, senior assistant state's attorney, in support of the petition.

*William B. Westcott*, special public defender, in opposition.

Decided September 15, 2010